UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TODD & WELD, LLP,<br><br>    *Plaintiff*,<br><br>v.<br><br>NEWSMAX MEDIA, INC.,<br><br>    *Defendant.* | Case No.  1:25-cv-13016 |

NOTICE OF REMOVAL

Defendant, Newsmax Media, Inc. ("Newsmax"), hereby removes the above-captioned matter, currently pending before the Superior Court for the Commonwealth of Massachusetts, under 28 U.S.C. §§ 1332, 1441, and 1446. In support of this Notice of Removal, Newsmax states, as follows.

1. **State Court Action**. On September 18, 2025, Plaintiff filed this action styled *Todd & Weld LLP v. Newsmax Media, Inc.* in the Suffolk Superior Court. True and correct copies of all process, pleadings, and orders served on Newsmax are attached as *Exhibit A*, in compliance with 28 U.S.C. § 1446(a) and Local Rule 5.4(f), and a true and correct copy of the docket sheet is attached as *Exhibit B*, for reference.

2. **Parties and Citizenship**.
    a. Plaintiff, Todd & Weld, LLP is a Massachusetts limited liability partnership. Upon information and belief, each partner of Todd & Weld is a citizen of the Commonwealth of Massachusetts, and no partner is a citizen of Florida. *See* 28 U.S.C. § 1332; *Carden v. Arkoma Assocs.*, 494 U.S. 185 (1990) (holding limited liability partnership is a citizen of the state of each partner); *Pramco, LLC v. San*

*Juan Bay Marina, Inc.*, 435 F.3d 51, 54-55 (1st Cir. 2006) (citing *Carden*, and applying same rule to limited liability company).

b. Defendant, Newsmax is a Florida corporation with its principal place of business in Boca Raton, Florida; thus, it is a Florida citizen, under 28 U.S.C. § 1332(c)(1). *See* Complaint ¶ 12.

3. **Amount in Controversy**. The Complaint seeks at least $426,498.96 in unpaid legal fees (*see id.* at ¶¶ 32, 45), plus multiple damages, and attorney's fees under Mass. G.L. c. 93A, placing more than $75,000 in controversy, exclusive of interest and costs. *See Dart Cherokee Basin*, 574 U.S. 81, 87-89 (2014) ("defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold").

4. **Complete Diversity**. Complete diversity exists because Plaintiff is a citizen of Massachusetts, and Newsmax is a citizen of Florida. *See* 28 U.S.C. § 1332(a)(1).

5. **Timing**. Plaintiff purports to have served process on Newsmax by certified mail, which was received by Newsmax on September 30, 2025. *See id.* at Dkt. No. 3. This Notice of Removal is filed within 30 days of such service, and is therefore timely under 28 U.S.C. § 1446(b).

6. **Venue**. Venue is proper in this Court because it embraces Suffolk County, where the State Court Action is pending. *See* 28 U.S.C. § 1441(a).

7. **Forum-Defendant Rule**. The forum-defendant rule does not apply because Newsmax is not a citizen of Massachusetts and is the only Defendant named in this case.

8. **Notice and Filing of State Court Papers**. Promptly after filing, Newsmax will provide written notice to all parties and will file a copy of this Notice with the Clerk of the Suffolk Superior Court, as required by 28 U.S.C. § 1446(d).

9. **Non-Waiver of Defenses**. By removing this action, Newsmax does not waive any defenses available to it. Neither does Newsmax admit any allegations asserted in the Complaint by submitting this Notice of Removal.

WHEREFORE, Defendant, Newsmax Media, Inc. removes the above-captioned matter from the Massachusetts Superior Court, County of Suffolk to the United States District Court for the District of Massachusetts, under 28 U.S.C. §§ 1332, 1441 & 1446.

DATED:  October 15, 2025          **DEFENDANT, NEWSMAX MEDIA, INC.**

/s/ Tyler Sheets

_____
Tyler Sheets (BBO No. 704547)
FINNERAN & NICHOLSON, P.C.
30 Green Street
Newburyport, MA 01950
(978) 462-1514
tyler@finnic.com
cases@finnic.com