UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TODD & WELD, LLP,<br><br>    *Plaintiff*,<br><br>v.<br><br>NEWSMAX MEDIA, INC.,<br><br>    *Defendant*. | Case No. 1:25-cv-13016 |

**JOINT MOTION TO STAY PROCEEDINGS FOR 30 DAYS**

Plaintiff Todd & Weld, LLP ("Plaintiff") and Defendant Newsmax Media, Inc. ("Defendant") (together, the "Parties"), request that the Court, pursuant to its inherent authority to manage its docket and Fed. R. Civ. P. 6(b) and 16(b), for an order staying and tolling all deadlines and proceedings in this matter for thirty (30) days to facilitate ongoing settlement discussions. In support, the Parties state:

1. Procedural background. Plaintiff commenced this action in the Massachusetts Superior Court on September 18, 2025, and served Defendant by mail on or about September 30, 2025.

2. Removal and responsive pleading. Defendant removed the matter to this Court pursuant to 28 U.S.C. § 1446 on October 15, 2025. No responsive pleading has been filed. Defendant's deadline to respond to the complaint is governed by Fed. R. Civ. P. 81(c)(2).

3. The Parties have agreed to discuss resolution of this action without further litigation.

4.  Good cause; no prejudice. A brief stay will conserve judicial resources and avoid unnecessary motion practice while the Parties focus on settlement. No party will be prejudiced by a 30-day stay. See Landis v. N. Am. Co., 299 U.S. 248, 254 (1936) (courts possess broad discretion to stay proceedings).

5.  Scope. The Parties request that the Court stay and toll all current deadlines and obligations— including, without limitation, the deadline to respond to the complaint, all discovery, motion practice, conferences, hearings, and scheduling obligations— for thirty (30) days from entry of the Court's order.

6.  Status report. The Parties will file a joint status report within three (3) days after the stay expires advising whether additional time is warranted or proposing a schedule to proceed.

WHEREFORE, the Parties respectfully request that the Court enter the accompanying proposed order staying and tolling all deadlines and proceedings in this action for thirty (30) days, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted.

| **PLAINTIFF, TODD & WELD, LLP** | **DEFENDANT, NEWSMAX MEDIA, INC.** |
|---|---|
| /s/ David H. Rich, Esq. | /s/ Tyler Sheets |
| David H. Rich, Esq. (BBO No. 634275)<br>TODD & WELD, LLP<br>One Federal Street, 27th Floor<br>Boston, MA 02110<br>617-720-2626<br>Email: drich@toddweld.com | Tyler Sheets (BBO No. 704547)<br>FINNERAN & NICHOLSON, P.C.<br>30 Green Street<br>Newburyport, MA 01950<br>(978) 462-1514<br>Email: tyler@finnic.com |
| Dated: October 16, 2025 | Dated: October 16, 2025 |

LOCAL RULE 7.1(A)(2) CERTIFICATION -UNDERSIGNED COUNSEL CERTIFY THAT THEY HAVE CONFERRED AND AGREE TO THE RELIEF REQUESTED IN THIS MOTION.