UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TODD & WELD LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-13016-MJJ |
| | ) | |
| NEWSMAX MEDIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL OF CLAIMS
## WITH PREJUDICE

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. Rule 41(a)(1), hereby stipulate that said action, including all claims and counterclaims which could have been asserted, be dismissed with prejudice and without costs and waiving all rights of appeal.

By the parties,

| TODD & WELD LLP | NEWSMAX MEDIA, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| | |
| */s/ David H. Rich* | */s/ Tyler Sheets* |
| David H. Rich (BBO #634275) | Tyler Sheets (BBO #704547) |
| drich@toddweld.com | Finneran & Nicholson, P.C. |
| TODD & WELD, LLP | 30 Green Street |
| One Federal Street, 27th Floor | Newburyport, MA 01950 |
| Boston, MA 02110 | (978) 462-1514 |
| (617) 720-2626 | tyler@finnic.com |

Dated: November 14, 2025

## CERTIFICATE OF SERVICE

    I, David H. Rich, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                                      */s/ David H. Rich*
                                                      David H. Rich

Dated: November 14, 2205